# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| **BONNIE LOU BUZZELL HUTCHINS,** )<br>)<br>**PLAINTIFF** )<br>)<br>v.                                           )<br>)<br>**KIRK R. HOUSE, ET AL.,**              )<br>)<br>**DEFENDANTS** )  | **CIVIL NO. 1:16-CV-281** |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby disqualify myself from proceedings in this matter.

**SO ORDERED.**

**DATED THIS 13TH DAY OF OCTOBER, 2016**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**